UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.  4:23-CR-256-RLW-SRW |
| v. ) | |
| ) | |
| EDDIE LOVE, ) | |
| ) | |
| Defendant. ) | |

**UNITED STATES OF AMERICA'S
CAPITAL CRIMES PROTOCOL STATUS REPORT**

COMES NOW the United States of America and respectfully informs this Court that, consistent with the magistrate judge's Complex Case Finding and Order (*see* Doc. # 28), the Department of Justice's capital crimes review process as it relates to Defendant Eddie Love remains on-going as of on or about December 1, 2023.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

/s/ Thomas Rea
ANGIE DANIS
THOMAS REA
Assistant United States Attorneys
111 South Tenth Street, 20th Floor
Saint Louis, Missouri 63102
(314) 539-2200

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on November 30, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties and counsel of record.

                                          /s/ Thomas Rea
                                          THOMAS REA