UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:23-cr-00256-SRC |
| EDDIE LOVE, | ) ) ) |
| Defendant. | ) ) |

## Order

Eddie Love filed a motion to suppress various statements he made while in police custody on or about May 12, 2023. Doc. 128. The United States disputes whether the factual statements set forth in Love's motion would mandate suppression of the statements from Love; however, the United States confirmed that it has no intention of using Love's challenged statements in its case-in-chief. Doc. 136. Therefore, the United States argues that Love's motion is moot. *Id.*

The Court referred Love's motion to United States Magistrate Judge Stephen R. Welby pursuant to 28 U.S.C. § 636(b). On March 4, 2025, Judge Welby issued a Report and Recommendation, recommending that the Court deny Love's motion as moot. Doc. 139. No objections were filed. Having considered the record, the Court agrees with Judge Welby's conclusion Love's motion is moot.

Accordingly, the Court (1) sustains, adopts, and incorporates Judge Welby's [139] Report and Recommendation, and (2) denies as moot Love's [128] Motions to Suppress.

So ordered this 20th day of March 2025.

_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE