UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. S1-4:23-CR-00256-SRC (SRW) |
| EDDIE MARCUS LOVE, | ) |
| Defendant. | ) |

**NOTICE REGARDING INTERNAL REVIEW OF PREVIOUS DECISION
<u>NOT TO SEEK DEATH PENALTY</u>**

COMES NOW the United States of America and informs this Court that the Department of Justice is still reviewing its previous decision to not seek the death penalty against Defendant Eddie Marcus Love.

1. Defendant Eddie Love was originally charged by Indictment (Doc. #17) with death-eligible offenses under Title 18, United States Code, Sections 924(c) and (j). In its Superseding Indictment (Doc. #55), the Government elected not to charge the defendant under subsection (j). This matter has been deemed a complex case. Doc. #28.

2. The United States previously filed its notice informing the Court and the parties that the Department of Justice authorized and directed the United States Attorney's Office for the Eastern District of Missouri to not seek the death penalty against the defendant. Doc. #54.

3. On February 5, 2025, the Attorney General announced that all authorizations to not seek the death penalty in pending cases that were charged between January 20, 2021 and January 19, 2025 would undergo a review process. The Attorney General further directed that the review process shall be completed within 120 days.

4. Counsel for the Government contacted the Capital Crimes Unit on August 25, 2025,

who advised that the matter is still undergoing review.

     5.     The Government intends to continue updating this Court monthly until such time as a decision is reached.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

*/s/ Angie E. Danis*
ANGIE E. DANIS, #64805MO
Assistant United States Attorney
111 S. 10th St., 20th Floor
St. Louis, MO 63102
(314) 539-2200
Angie.Danis@usdoj.gov

2

## CERTIFICATE OF SERVICE

 I hereby certify that on September 22, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

           */s/ Angie E. Danis*
           ANGIE E. DANIS, #64805MO
           Assistant United States Attorney